# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMBER PADORA** : | |
| and : | **CIVIL ACTION** |
| **JOHN PADORA,** : | |
| Plaintiffs, : | |
| v. : | |
| **NATIONAL CREDIT** : | |
| **ADJUSTERS, LLC,** : | |
| Defendant. : | **NO. 15-3203** |

## ORDER

**AND NOW,** this 27th day of March, 2017, upon consideration of Plaintiff's Motion for Entry of Default Judgment (Docket No. 7), and after a hearing held this date, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. It is further **ORDERED** that Judgment is hereby entered against Defendant, National Credit Adjusters, LLC for violations of the Fair Debt Collection Practices Act, and in favor of Plaintiffs for $2000.00, and for Plaintiffs' attorney's fees and costs in the amount of $6,746.00, for a total amount of $8,746.00.

IT IS SO ORDERED.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.